UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-mj-06255-BSS

UNITED STATES OF AMERICA

v.

DANA CHARLES BROBERG,

Defendant.
_____/

FILED by _____ D.C.

JUN 2 7 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

## UNITED STATES NOTICE OF FILING AMENDED COMPLAINT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the attached Complaint and Complaint Affidavit. The attached documents are identical to those filed under Docket Entry 1, but with limited information amended. The original Complaint and Complaint Affidavit will be provided to counsel for the Defendant separately.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: s / Corey Steinberg
Assistant United States Attorney
Florida Bar No. 0563234
500 Broward Blvd. 7th Floor
Fort Lauderdale, Florida 33394-3016
Tel: 954-660-5147, Fax: 954-356-7336

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> DANA CHARLES BROBERG <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) <br> Case No. 12-6255-BSS <br><br> FILED by _____ D.C. <br> JUN 27 2012 <br> STEVEN M. LARIMORE <br> CLERK U. S. DIST. CT. <br> S. D. of FLA. – FT. LAUD. |

## Amended CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 23, 2012__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Using the mail or any facility or means of interstate commerce, did knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense. |
| 18 U.S.C. § 2423(b) | Did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexis Carpinteri, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/25/2012

_____
*Judge's signature*

City and state: Ft. Lauderdale, Florida

Barry S. Seltzer, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF ALEXIS CARPINTERI
## SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION

I, Alexis Carpinteri, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 1997. I am thus an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Section 2422 and Title 18, United States Code, Section 2423 et seq.

2. I am currently assigned to the investigation of cases involving crimes against children. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of search, arrest, and seizure warrants. I have participated in investigations involving sexual assaults, pedophiles, preferential child molesters, persons who collect and distribute child pornography, and the importation and distribution of materials relating to the sexual exploitation of children. I have received training from the FBI in the areas of sexual assaults and child exploitation, and I have reviewed thousands of images and videos of child pornography in a wide variety of media forms, including computer media. I have also discussed and reviewed these materials with other law enforcement officers.

3. This affidavit is based on my own personal knowledge, as well as information provided to me by others. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to the Government about this investigation. Instead, I have included only those facts

that I believe are sufficient to establish probable cause for the issuance of the requested criminal complaint.

4. As set forth below, there is probable cause to believe that **DANA CHARLES BROBERG**, using the mail or any facility or means of interstate commerce, did knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b); and did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, in violation of Title 18, United States Code, Section 2423(b).

## SUMMARY OF INVESTIGATION

5. On June 23, 2012, at approximately 11:39PM, the Margate Police Department (MPD) received information that a 12 year old female minor was missing from her residence located in Margate, Florida. The MPD initiated a missing person investigation and interviewed the mother ("MF") of the minor.

6. The MPD interview of MF revealed the following information:

   a. On or about June 17, 2012, MF discovered that her 12 year old daughter ("the victim") had been communicating on the computer and cell phone through email and text messages with an adult male whom the victim believed to reside in Texas. At the time, the victim was utilizing the email address of mayw1023@gmail.com.

   b. MF confiscated the victim's laptop computer and cell phone in an effort to prevent any further contact between the victim and the adult male. MF also closed the email and social networking accounts that she was aware that the victim had utilized.

2

   c. Unbeknownst to MF, the victim maintained contact with the adult male by utilizing a Wii gaming system to access the internet. Using the Wii gaming system, the victim created a new email account with the address of mewmew1@live.com.

   d. On June 23, 2012, the victim was home with her 15 year old sister. MF was not at the residence. When MF returned to the residence at approximately 11:15PM, she discovered that the victim was gone. MF talked to her 15 year old daughter who stated that she and the victim had played on the Wii gaming system until 10:50PM and then went to bed.

   e. MF then contacted the MPD to report that the victim was missing.

  7. MF provided consent to law enforcement to conduct a search of the Wii gaming system and the items that MF had confiscated from the victim several days earlier (the victim's cell phone and laptop computer). In addition, MF provided several emails that she had discovered that appeared to be from the victim to the email address of lunarknight29@gmail.com.

  8. A review of the emails that had been provided by MF revealed that the victim had utilized the email address of mewmew1@live.com to communicate with the email address of lunarknight29@gmail.com. The email messages using the mewmew1@live.com address started on June 19, 2012. There are several emails where lunarknight29@gmail.com talked about coming to Florida to pick up mewmew1@live.com and instructed mewmew1@live.com to make sure she deleted the emails between them. Set forth below are portions of several emails between mewmew1@live.com and lunarknight29@gmail.com in the days that led up to their meeting on June 23, 2012.

   a. On June 20, 2012, lunarknight29@gmail.com wrote: "I love you too baby. – cries and hugs you tight- I am leaving friday at 12 noon love remember-holds you- I been waiting for you all day to message me-whimpers-Please be ready when I get there please

just make sure you get your clothes and pads and just leave ok? Please don't get anything else leave it all there. Just like 2-3 changes of clothes and your pads and just come out and meet me like hurry quick fast i will be down near the end of the street."

b.  On June 22, 2012, lunarknight29@gmail.com wrote "and guess who is staying the night in a hotel just outside of Baton Rouge Louisiana and I got another 8-9 hours to drive tomorrow so I should be there around 4-5 pm or so hopefully thats if I leave at like 7am" and "I thought you would be excited I am in louisiana staying in a hotel.and im like only 8-9 hours away from you silly are you ready for this? Hehe :D"

c.  On June 23, 2012, lunarknight29@gmail.com wrote "by the way I ish driving a silver chevy malibu do you know what those look like? Anyways you wont have a hard time seeing me.  Just make sure you ESPECIALLY delete this email with the description."

d.  On June 23, 2012 at approximately 10:42PM, lunarknight29@gmail.com wrote "Get out here like now love hur…" Mewmew1@live.com replied "Give me a min rtu get out ok." Lunarknight29@gmail.com replied to that message "Ok but hurry I dunno how long we got before someone notices me just sitting here."

9.  Law enforcement conducted a canvas of the victim's neighborhood, interviewing nearby residents.  A security camera from a neighboring home revealed a silver four door sedan parked near the victim's residence around the time when the victim went missing.  The vehicle appeared to be silver Chevrolet Malibu.

10.  Law enforcement made contact with Google, Inc. regarding the email account of lunarknight29@gmail.com.  Due to the exigent circumstances of the missing child investigation, law enforcement made an emergency request for the subscriber information and Internet Protocol

4

("IP") connectivity logs for the user of the email address of lunarknight29@gmail.com. The subscriber for that email address was listed as **DANA BROBERG**. A review of the IP logs revealed numerous IP addresses which resolved back to a Road Runner account being utilized in San Antonio, Texas.

11. A search of publicly available databases on the internet was conducted by law enforcement which revealed an individual named **DANA BROBERG** residing in San Antonio, Texas.

12. Based on the email stating that lunarknight29@gmail.com had stayed in a motel near Baton Rouge, Louisiana, law enforcement believed that **BROBERG** may have stayed at a motel located along Interstate 10 (I-10) which was the most likely route from San Antonio, Texas to South Florida. Law enforcement contacted several motels and hotels located along I-10 near Baton Rouge. The Quality Inn located in Denham Springs, Louisiana, confirmed that they had a record of **DANA BROBERG** staying at their hotel on June 22, 2012. Law enforcement in that area responded to the hotel and obtained a copy of the hotel records. The records revealed that **DANA BROBERG** checked in on Friday, June 22, 2012 and stayed for one night. On the hotel registration forms, **BROBERG** provided an address of 9637 Ivy Bend Street, San Antonio, Texas 78250, and a cell phone number of 210-885-4991.

13. A check of a publicly available database revealed that cell phone number 210-885-4991 belonged to a Sprint customer in San Antonio, Texas. Law enforcement made contact with Sprint regarding the cell phone number of 210-885-4991. Due to exigent circumstances of the missing child investigation, law enforcement made an emergency request for subscriber information for the user of the cell phone number of 210-885-4991. The subscriber for that cell

phone number was listed as **DANA BROBERG** at 9637 Ivy Bend Street, San Antonio, Texas 78250.

14.     During the course of this investigation, an Amber Alert for the victim and a BOLO alert to law enforcement had been issued for a silver Chevrolet Impala with **BROBERG** and the victim as possible occupants of the vehicle.

15.     At approximately 5:17PM, a silver Chevrolet Impala was spotted by law enforcement on I-10 in Walton County, Florida. The Walton County Sheriff's Office conducted a traffic stop of the vehicle and identified the occupants as **BROBERG** and the victim. Both were escorted from the traffic stop to the local police department.

16.     **BROBERG** waived his *Miranda* rights and provided a statement to law enforcement. During this statement, **BROBERG** admitted that he began an online relationship with the victim approximately 4-5 months ago. **BROBERG** claimed that he did not know the victim's exact age but believed that she was around 16 years old. Their relationship was maintained through email, phone calls, text messages and communications on other social networking sites. **BROBERG** admitted that he used the email address lunarknight29@gmail.com when communicating with the victim. During the course of their online relationship, **BROBERG** admitted that he and the victim talked about engaging in sexual activity with each other. He also admitted that he and the victim had exposed themselves to each other via webcam and had taken nude pictures of themselves and sent them to each other. **BROBERG** admitted that he had driven from Texas to South Florida for the purpose of meeting with the victim. He claimed that he wanted to rescue her from an abusive mother but admitted that was not the only reason that he traveled to South Florida, stating that they had talked about engaging in sexual activity.

17. After picking up the victim from her residence, **BROBERG** stated that he drove to a Holiday Inn located near Daytona Beach or Deltona, Florida where they spent the night.

## CONCLUSION

18. Based upon the foregoing, there is probable cause to believe that **DANA CHARLES BROBERG**, using the mail or any facility or means of interstate commerce, did knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b); and did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, in violation of Title 18, United States Code, Section 2423(b).

Further your affiant sayeth naught.

_____
Special Agent Alexis Carpinteri
Federal Bureau of Investigation

Sworn and subscribed before me this 27th day of June, 2012.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

7