UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

# MEMORANDUM

FILED by ______ D.C.

JUL - 5 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - FT. LAUD

**UNITED STATES OF AMERICA**

**-vs-**

**DANA CHARLES BROBERG**

**Case No. 3:12mj40/CJK**

---

DATE: July 2, 2012

**Your Case No.: 12-mj06255**

TO: United States District Court
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard, Room 112
Fort Lauderdale FL 33301

FROM: Irma McCain-Coby, Courtroom Deputy for
Elizabeth M. Timothy, United States Magistrate Judge
(850) 437-6823
United States Courthouse
One North Palafox Street
Pensacola, Florida 32502-5625

SUBJECT: Rule 5 Proceedings

The above-styled case originated in your division. Enclosed please find certified copies of documents regarding proceedings held in the Northern District of Florida in Pensacola, Florida wherein the following action was taken:

INITIAL APPEARANCE: JUNE 27, 2012

RELEASE/DETENTION: The Defendant was ordered detained and removed to the charging district.

SCHEDULED HEARING:

CHARGING DOCUMENT: Complaint

Enclosures

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits
By ____________
Deputy Clerk

IN THE CASE OF ____________ V.S. ____________

FOR ____________

AT ____________

LOCATION NUMBER ____________

PERSON REPRESENTED (Show your full name): Dana Charles Broberg

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other ____________

DOCKET NUMBERS
Magistrate ____________
District Court 312 MJ 40
Court of Appeals ____________

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### EMPLOYMENT

Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed

Name and address of employer: ____________

IF YES, how much do you earn per month? $ ____________

IF NO, give month and year of last employment ____________
How much did you earn per month? $ ____________

~~If married is your Spouse employed?~~ ☐ Yes ☐ No

~~IF YES, how much does your Spouse earn per month? $~~ ____________

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____________

### ASSETS

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| $ | Recieve pell grant quarterly for college |

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 100 - 200

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $ 500 | 99-00' Chevy Cavalier 4D Automatic |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
_✓_ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them: ____________

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| NONE | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) X 6/27/12

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) X Dana C Broberg

6/27/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-mj-06255-BSS

3:12 M 40

UNITED STATES OF AMERICA

v.

DANA CHARLES BROBERG,

Defendant.
______________________________/

FILED by ______ D.C.
JUN 27 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

**UNITED STATES NOTICE OF FILING AMENDED COMPLAINT**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files the attached Complaint and Complaint Affidavit. The attached documents are identical to those filed under Docket Entry 1, but with limited information amended. The original Complaint and Complaint Affidavit will be provided to counsel for the Defendant separately.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: s/ Corey Steinberg
Assistant United States Attorney
Florida Bar No. 0563234
500 Broward Blvd. 7th Floor
Fort Lauderdale, Florida 33394-3016
Tel: 954-660-5147, Fax: 954-356-7336

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs. Case No. 3:12mj40

DANA CHARLES BROBERG

______________________________

**INITIAL APPEARANCE FOR DEFENDANT**
**CHARGED IN ANOTHER DISTRICT**

The defendant has been advised by the undersigned of the rights enumerated herein and the following action has been taken:

1. Advised that defendant is before a U.S. Magistrate X

2. Advised of the charge or charges X

3. Advised that defendant does not have to make any statement; that they have a right to consult with an attorney before making any statement; that any statement they make could be used against them; that they will not be called upon to enter a plea at this hearing X

4. Advised of right to hire counsel, or have counsel appointed if, after inquiry, found to be financially unable to hire counsel X

5. Defendant waived attendance of counsel for this hearing and advised that waiver does not prevent requesting counsel for trial X

6. Defendant executed CJA 23 X

7. Federal public defender appointed after determination defendant unable to hire

 6/27/12

      counsel (CJA 20) ______

8. Advised defendant should obtain and file CJA 23 if subsequently decide to request appointment of counsel ______

9. Defendant admitted financial ability to employ counsel/Counsel ______

10. Defendant found financially unable to employ counsel ______

11. Defendant found to be able to make full or partial payment for appointed counsel ______

12. Federal public defender appointed solely for the purposes of proceedings in this district X

13. If arrested solely on a complaint (no information or indictment), defendant advised of right to preliminary hearing or probable cause finding on the charge(s) ______

(a) Advised of right to waive preliminary hearing ______

(b) Advised of the consequences of waiver of preliminary hearing ______

(c) Advised of right to waive preliminary hearing in this district and maintain right to preliminary hearing in charging district X

(d) Waived preliminary hearing ______

(e) Advised of right to subpoena witnesses and produce evidence at preliminary hearing X

(f) Advised of the consequence after preliminary hearing ______

  (g) Fix date and time for preliminary hearing (within 10 days if Defendant in custody; within 20 days if Defendant on bond) ____

14. If no preliminary hearing conducted, advised of right to hearing in this district as to identity (Rule 40(a)) X

(a) Advised of right to subpoena witnesses and produce evidence at identity hearing ____

(b) Advised the consequence after identity hearing is removal to the charging district and issuance of warrant ____

(c) Advised of right to waive identity hearing ____

(d) Identity hearing waived (AO 121) X

(e) Fix date for identity hearing

____________________________ ____

(f) Identity hearing held and defendant found/not found to be the persons named in the charging instrument ____

(g) Removal warrant authorized ____

15. Defendant advised of right to consider Rule 20 transfer ____

16. Defendant advised of right to reasonable bail ____

17. Order Setting Conditions of Release entered (AO 199A) ____

18. Government moved for detention without bail ____

(a) Government represented ready for detention hearing immediately ____

(b) Government requested continuance of ______ days (up to and including 3 days) ____

(c) Defendant advised of right of continuance for up to and including 5 days _____

(d) Detention hearing scheduled and Temporary Detention Order entered _____

(e) Detention hearing conducted _____

1) Order of detention entered _____

2) Order Setting Conditions of Release entered _____

(f) Defendant stipulated to detention pending review in charging district _____

(g) Defendant currently under order of incarceration, negating necessity of consideration of detention on this charge(s) at this time _____

CHARLES J. KAHN
UNITED STATES MAGISTRATE JUDGE

JUDGES
NOTES:

AUSA present at initial appearance: Tom Swaim

AFPD present at initial appearance: Tom Keith

DATE: June 27, 2012

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs. Case No. 3:12mj40

DANA CHARLES BROBERG
_______________________________/

**ORDER**

The above-named Defendant having appeared before the court, and having been examined by the undersigned, and the court having determined from the sworn testimony of the Defendant that said Defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act, it is hereby **ORDERED**:

The **FEDERAL PUBLIC DEFENDER**, Blount Building, Suite 200, 3 West Garden Street, Pensacola, Florida 32502, telephone number (850) 432-1418, is appointed to represent this Defendant and serve as counsel of record in the above-styled cause. Further proceedings will be held before the United States District Court AS DIRECTED. The Defendant is presently **in custdy**. If a Criminal Justice Act (CJA) panel attorney is selected by the Public Defender as Defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of Defendant from the time that attorney was contacted by the Public Defender to take the case and agreed to take the case, even though that work predated this order.

**DONE** and **ORDERED** this 21 day of June 2012.

[signature]
**CHARLES J. KAHN**
**UNITED STATES MAGISTRATE JUDGE**

6/27/12

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs. Case No. 3:12mj40

DANA CHARLES BROBERG

---

I, DANA CHARLES BROBERG, understand that in the Southern District of Florida, charges are pending alleging charges of 18 U.S.C. §2422(b) and 2423(b), and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel,

(2) request transfer of the proceedings to this district pursuant to Rule 5, Fed.R.Crim.P., in order to plead guilty,

(3) an identity hearing to determine if I am the person named in the charge, and

(4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

(5) a detention hearing, the hearing to be held either in this district or the district of prosecution

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☑ identity hearing

☐ preliminary hearing (if entitled to such hearing)

☑ preliminary hearing but request a preliminary examination to be held in the prosecuting district

6/27/12

☑ detention hearing but request a detention hearing to be held in the prosecuting district, and, therefore, consent to remain in custody to be transported to the prosecuting district where the charge is pending against me.

DANA CHARLES BROBERG

Counsel for the Defendant

June 27, 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits
By: [signature]
Deputy Clerk

UNITED STATES OF AMERICA

-VS -

DANA CHARLES BROBERG

COMMITMENT

TO ANOTHER DIVISION

CASE NO. 3:12MJ40

| CHARGES | | |
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| Criminal Complaint | 18 U.S.C. § 2422(b) and 18 U.S.C. § 2423(b) | Southern District of Florida |
| | | 12-6255-BSS |
| **Description:** | | |

| PROCEEDINGS | |
|---|---|
| **BOND STATUS:** | Held in custody |
| **COUNSEL:** | AFPD |
| **INTERPRETER:** | n/a |

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of DANA CHARLES BROBERG and to transport the Defendant with a certified copy of this Commitment Order forthwith to the Charging Division and there deliver her to the United States Marshal for that District or to some other officer authorized to receive the Defendant.

June 27, 2012

*Charles J. Kahn* [signature]
U.S. Magistrate Judge

**RETURN**

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal 6/27/12 |