UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60156-CR-Williams
(Snow)

18 U.S.C. § 2422(b)
18 U.S.C. § 2423(b)
18 U.S.C. § 2428

UNITED STATES OF AMERICA

vs.

DANA CHARLES BROBERG,

    **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or about February 2012, and continuing until on or about June 24, 2012, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANA CHARLES BROBERG,

using any facility and means of interstate commerce, that is, the Internet and cellular telephone, knowingly persuaded, induced, enticed and coerced an individual who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

On or about June 23, 2012, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DANA CHARLES BROBERG,

traveled in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DANA CHARLES BROBERG**, has an interest.

2. Upon conviction of either of the offenses alleged in this Indictment, the defendant, **DANA CHARLES BROBERG**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all of his right, title, and interest in:

   (i) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

   (ii) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation.

All pursuant to Title 18, United States Code, Section 2428 and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*Thomas J. Mulvihill*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*Stace for (Cynthia Stone)*
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| DANA CHARLES BROBERG, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant._____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

____ Miami    ____ Key West
_X_ FTL       ____ WPB       ____ FTP

New Defendant(s)            Yes ____   No ____
Number of New Defendants    ____
Total number of counts      ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _No_
   List language and/or dialect    _____

4. This case will take   _5_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_                Petty      ____
   II   6 to 10 days     ____               Minor      ____
   III  11 to 20 days    ____               Misdem.    ____
   IV   21 to 60 days    ____               Felony     _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    _Yes_
   If yes:
   Magistrate Case No.                  _12-06255-BSS_
   Related Miscellaneous numbers:       _____
   Defendant(s) in federal custody as of _06/27/2012_
   Defendant(s) in state custody as of   _____
   Rule 20 from the   _____   District of   _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No


                                    _____/s/ Corey Steinberg_____
                                    COREY STEINBERG
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court No. A5501397

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: DANA CHARLES BROBERG

**Case No**:_____

Count 1:

Use of a computer (means of interstate commerce), to knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense

Title 18, United States Code, Section 2422(b)

**\*Max. Penalty:** 10 Years to Life Imprisonment; 5 Years to Life Supervised Release; $250,000 Fine

Count 2:

Travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person

Title 18, United States Code, Section 2423(b)

**\*Max. Penalty:** Zero to Thirty Years Imprisonment; 5 Years to Life Supervised Release; $250,000 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**